United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **HERMELINDA HERNANDEZ** | § | |
| V. | § | CIVIL ACTION NO. B-04-009 |
| **CARLTON CARDS RETAIL, INC. AND AMERICAN GREETINGS CORPORATION** | § | |

### PLAINTIFF'S ORIGINAL COMPLAINT

1. Plaintiff Hermelinda Hernandez is an individual and a citizen of the State of Texas.

2. Defendant Carlton Cards Retail, Inc. is a Connecticut corporation. It is a subsidiary of defendant American Greetings Corporation. It may be served with process by service on its registered agent Corporation Service Co. at 701 Brazos, Suite 1050, Austin, TX 78701.

3. Defendant American Greetings Corporation is an Ohio corporation. It may be served with process by service on its registered agent Corporation Service Co. at 701 Brazos, Suite 1050, Austin, TX 78701.

4. Plaintiff timely filed with the Equal Employment Opportunity Commission (EEOC) a charge of discrimination against defendant. Plaintiff received a notice of the right to sue from the EEOC within 90 days of the filing of this complaint.

5. Plaintiff is an employee within the meaning of Title VII and belongs to a class protected under the statute. Defendants are employers within the meaning of Title VII.

6. Defendants intentionally discriminated against plaintiff because of her sex in violation of Title VII by discharging her due to her pregnancy.

7. As a direct and proximate result of defendants' conduct, plaintiff suffered the following injuries and damages: she was discharged from her employment with defendants, has been unable to find a job with comparable pay and benefits, and incurred expenses in seeking other employment.

8. Plaintiff is entitled to an award of attorney fees and costs under Title VII.

9. Plaintiff asserts her rights under the Seventh Amendment to the U. S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

10. Plaintiff asks for judgment against defendants for the following: an order enjoining defendants from engaging in unlawful employment practices such as sex discrimination, an order of reinstatement of plaintiff to her former position with back pay, and all other relief the Court deems appropriate.

Respectfully submitted,

David E. Wood
State Bar Number 21887100
Federal Bar Number 7154
1317 E. Quebec Ave.
McAllen, TX 78503
956-618-0115
956-618-0445 (fax)
Attorney in Charge for Plaintiff
Hermelinda Hernandez