UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 0 4 2004

Michael N. Milby
Clerk of Court

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Case Number | B-04-009 |
|---|---|---|---|
| Hermelinda Hernandez ||||
| *versus* ||||
| Carlton Cards Retail, Inc., et al. ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Michelle B. Creger |
| Firm | American Greetings Corporation |
| Street | One American Road |
| City & Zip Code | Cleveland, Ohio 44144 |
| Telephone | 216-252-7300 (ext. 1344) |
| Licensed: State & Number | Ohio #0008502 |
| Admitted U.S. District Court for: | Northern District of Ohio |

Seeks to appear as the attorney for this party:

Carlton Cards Retail, Inc. and
American Greetings Corporation

Dated:   Signed: /s/ Michelle B Creger
Michelle B. Creger

**ORDER**

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.   _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98