UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Case Number | B-04-009 |
|---|---|---|---|

| Hermelinda Hernandez |
|---|
| *versus* |
| Carlton Cards Retail, Inc., et al. |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted U.S. District Court for: | Michelle B. Creger<br>American Greetings Corporation<br>One American Road<br>Cleveland, Ohio 44144<br>216-252-7300 (ext. 1344)<br>Ohio #0008502<br>Northern District of Ohio |
|---|---|

Seeks to appear as the attorney for this party:

| Carlton Cards Retail, Inc. and<br>American Greetings Corporation |
|---|

| Dated: | Signed: *Michelle B Creger*<br>Michelle B. Creger |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on May 6, 2004.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98