

United States District Court
Southern District of Texas

MAY 10 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HERMELINDA HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. B-04-009 |
| ) | |
| CARLTON CARDS RETAIL, INC., ) | JOINT MOTION TO |
| et al. ) | STAY LITIGATION PENDING |
| ) | COMPLETION OF ALTERNATIVE |
| ) | DISPUTE RESOLUTION |
| ) | PROCESS |
| Defendants. ) | |

Now come the parties and for their Joint Motion to Stay Litigation Pending Completion of Alternative Dispute Resolution Process, state:

1. At all times relevant to this action, Plaintiff was an employee of the defendant, Carlton Cards Retail, Inc. As a condition of that employment, Plaintiff was required to submit any workplace disputes involving any form of harassment to the Defendants' alternative dispute resolution program, *Solutions*.

2. Pursuant to Defendants' alternative dispute resolution program, a two-part process is implemented to resolve various employment related disputes. Non-binding mediation is the first step in this process. If mediation does not resolve the dispute, the employee may initiate the second step, arbitration.

3. It is the agreement and desire of both Plaintiff and Defendants to stay this litigation until these efforts toward alternative dispute resolution have been exhausted.

WHEREFORE, Plaintiff and Defendant jointly move this Court to stay this litigation pending completion of mediation and, if necessary, arbitration pursuant to Defendants' alternative dispute resolution program.

Respectfully submitted,

*David E. Wood (by MBC)*
David E. Wood (7154)
1317 E. Quebec Avenue
McAllen, TX 78503
956-618-0115
956-618-0445 (Fax)
Attorney for Plaintiff
    Hermelinda Hernandez

*Michelle B Creger*
Michelle B. Creger (0008502)
American Greetings Corporation
One American Road
Cleveland, OH 44144
216-252-7300 (Ext. 1344)
216-252-6741 (Fax)
Attorney for Defendants
    Carlton Cards Retail, Inc. and
    American Greetings Corporation