United States District Court
Southern District of Texas
FILED

MAY 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HERMELINDA HERNANDEZ | § | |
| V. | § | CIVIL ACTION NO. B-04-009 |
| CARLTON CARDS RETAIL, INC. AND AMERICAN GREETINGS CORPORATION | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE
INITIAL PRETRIAL CONFERENCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

1. Plaintiff and defendants have filed a Joint Motion to Stay Litigation Pending Completion of Alternative Dispute Resolution Process.

2. The parties expect to have mediation completed before July 1, 2004; and if mediation is unsuccessful, will proceed with arbitration as agreed upon between them.

3. Counsel for plaintiff has conferred with defendants' counsel about this motion and she AGREES with it.

**Wherefore**, plaintiff, pursuant to *FRCP 16*, asks that the Court continue the Initial Pretrial Conference set for May 27, 2004, and prays for such other and further relief, both at law and in equity, to which she may be entitled.

1

Respectfully submitted,

*David E. Wood*
David E. Wood
State Bar Number 21887100
Federal Bar Number 7154
1317 E. Quebec Ave.
McAllen, TX 78503
956-618-0115
956-618-0445 (fax)
Attorney in Charge for Plaintiff
Hermelinda Hernandez

## CERTIFICATE OF SERVICE

I certify that this motion was sent to defendants' attorney, Michelle B. Creger, One American Road, Cleveland, Ohio 44144-2398, by mail, as per *FRCP 5* on May 13, 2004.

*David E. Wood*
David E. Wood

2