United States District Court
Southern District of Texas
FILED

MAY 13 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HERMELINDA HERNANDEZ | § | |
| V. | § | CIVIL ACTION NO. B-04-009 |
| CARLTON CARDS RETAIL, INC. AND AMERICAN GREETINGS CORPORATION | § | |

### LIST OF FINANCIALLY INTERESTED ENTITIES

1. Plaintiff Hermelinda Hernandez.

2. Plaintiff's attorney of record, David E. Wood.

3. Michael B. Cowen, attorney at law, Brownsville, Texas.

4. Defendant Carlton Cards Retail, Inc., subsidiary of defendant American Greetings Corporation.

5. Defendant American Greetings Corporation.

6. Defendants' attorney of record, Michelle B. Creger.

Respectfully submitted,

David E. Wood
State Bar Number 21887100
Federal Bar Number 7154
1317 E. Quebec Ave.
McAllen, TX 78503
956-618-0115
956-618-0445 (fax)
Attorney in Charge for Plaintiff
Hermelinda Hernandez

## CERTIFICATE OF SERVICE

I certify that foregoing list was sent to defendants' attorney, Michelle B. Creger, One American Road, Cleveland, Ohio 44144-2398, by mail, as per *FRCP 5* on May 13, 2004.

David E. Wood