AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)
Case 1:04-cv-00555   Document 10   Filed in TXSD on 05/13/2004   Page 1 of 1

10

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4-20-04 |
| NAME OF SERVER (PRINT) SHEA McClure | TITLE Authorized Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 701 Brazos, #1050, Austin, TX 78701

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
MAY 13 2004
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 30.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-20-04
Date

Signature of Server

Address of Server: 8127 Mesa Dr. #B206, Austin, TX 78759

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED
2004 MAY 13 PM 4:56
MICHAEL N. MILBY, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure