IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| HERMELINDA HERNANDEZ<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil No. B-04-009 |
| CARLTON CARDS RETAIL, INC., et al.<br>Defendant. | §<br>§<br>§<br>§ | |

## ORDER

The parties filed a Joint Motion To Stay Litigation Pending Completion Of Alternative Dispute Resolution Process on May 10, 2004, and Plaintiff Hermelinda Hernandez filed an Unopposed Motion To Continue Initial Pretrial Conference on May 13, 2004. The Court **GRANTS** both motions. The initial pretrial conference is reset for August 20, 2004, at 9:30 a.m., and the litigation is stayed until this date. The parties are to file a pretrial order no later than August 4, 2004. If a settlement is reached, the parties are to notify the Court of same and to submit the appropriate closing documents.

Signed this 17th day of May, 2004.

Andrew S. Hanen
United States District Judge