United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HERMELINDA HERNANDEZ | § | |
| V. | § | CIVIL ACTION NO. B-04-009 |
| CARLTON CARDS RETAIL, INC.<br>AND AMERICAN GREETINGS<br>CORPORATION | § | |

### PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Hermelinda Hernandez files this Unopposed Motion to Dismiss, and would show the Court as follows:

1. Plaintiff and defendants have settled this case and the settlement agreement has been funded.

2. Plaintiff asks the Court to dismiss this case with prejudice.

3. The undersigned has conferred with counsel for defendants, and she is not opposed to this motion.

**Wherefore**, plaintiff asks the Court to dismiss this action with prejudice.

Respectfully submitted,

*/s/ David E. Wood*

David E. Wood
State Bar Number 21887100
Federal Bar Number 7154
1317 E. Quebec Ave.
McAllen, TX 78503
956-618-0115
956-618-0445 (fax)
Attorney in Charge for Plaintiff
Hermelinda Hernandez

## CERTIFICATE OF SERVICE

I certify that this motion was sent to defendants' attorney, Michelle B. Creger, One American Road, Cleveland, Ohio 44144-2398, by mail, as per *FRCP 5* on July 30, 2004.

*David E. Wood*
David E. Wood