13

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| HERMELINDA HERNANDEZ | § | |
| V. | § | CIVIL ACTION NO. B-04-009 |
| CARLTON CARDS RETAIL, INC. AND AMERICAN GREETINGS CORPORATION | § | |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

After considering Plaintiff's Unopposed Motion to Dismiss, the Court GRANTS the motion and dismisses this case with prejudice.

Signed this 5th day of August, 2004.

Andrew S. Hanen
United States District Judge